# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

QUINCY JOSEPH GAUDET

NO. 2020 KW 0382

**AUGUST 03, 2020**

---

In Re:    Quincy Joseph Gaudet, applying for supervisory writs,
          32nd Judicial District Court, Parish of Terrebonne,
          No. 15-FELY-700751.

---

**BEFORE:    HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

> TMH
> AHP
> WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT